UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAJMICO, INC, et ano.,

        Plaintiff,

-against-

MOTIVA ENTERPRISES, LLC, et ano.,

        Defendant.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S. DISTRICT COURT E.D.N.Y

★ JUL 28 2005 ★

LONG ISLAND OFFICE

ORDER OF DISCONTINUANCE

CV 02-5603
WEXLER, J.

      The parties having reported to the Court that the above action has been settled, it is

      ORDERED, that this action is hereby discontinued without costs and without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
      July 28, 2005

                                    LEONARD D. WEXLER
                                    UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.